DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYRNA KAWAKAMI,

    Defendant.

No. 2:19-CR-0067 TLN

STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO OCTOBER 17, 2019, AT 9:30 A.M.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for July 11, 2019, should be continued to October 17, 2019, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                    1

The reasons for the continuance are that the defense is still reviewing discovery already provided, and the government is in the process of providing additional discovery to the defendant. Defense counsel will need time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between July 11, 2019, and October 17, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: July 9, 2019  U.S. ATTORNEY

by: /s/ David D. Fischer for
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: July 9, 2019  /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
MYRNA CHERNICK

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of July, 2019.

Troy L. Nunley
United States District Judge