DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYRNA KAWAKAMI,

    Defendant.

No. 2:19-CR-0067 TLN

AMENDED STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO DECEMBER 5, 2019, AT 9:30 A.M.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for October 17, 2019, should be continued to December 5, 2019, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                1

The reasons for the continuance are that the defense is still reviewing discovery already provided. It has become necessary for the defense to retain an expert to extract electronic discovery provided from the defendant's electronic devices so that it can be examined. Defense counsel needs more time to review the extensive discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between October 17, 2019, and December 5, 2019, inclusive, should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: October 1, 2019                      U.S. ATTORNEY

                                           by:    /s/ David D. Fischer for
                                                      MIRA CHERNICK
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

Dated: October 1, 2019                           /s/ David D. Fischer
                                                         DAVID D. FISCHER
                                                         Attorney for Defendant
                                                         MYRNA KAWAKAMI

## **O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of October, 2019.

                                                         Troy L. Nunley
                                                         United States District Judge