DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:19-CR-0067 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING THE STATUS |
| | ) CONFERENCE TO MAY 21, 2020, |
| | ) AT 9:30 A.M. |
| MYRNA KAWAKAMI, | ) |
| Defendant. | ) |

_____

**STIPULATION**

　　IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA

KAWAKAMI, by and through her undersigned defense counsel, and the United States

of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney,

that the status conference presently set for March 19, 2020, should be continued to May

21, 2020, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from

between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided. It has become necessary for the defense to retain an expert to extract electronic discovery provided from the defendant's electronic devices so that it can be examined. The defense has asked the government to provide electronic discovery in a different format and the government is determining whether it can accommodate this request. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between March 19, 2020, and May 21, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: March 13, 2020              U.S. ATTORNEY

by:    /s/ David D. Fischer for
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 13, 20220          /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
MYRNA KAWAKAMI

## O R D E R

IT IS SO FOUND AND ORDERED this 16th day of March, 2020.

_____
Troy L. Nunley
United States District Judge