DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0067 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO AUGUST 27, 2020, AT 9:30 A.M. |
| v. | |
| MYRNA KAWAKAMI, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for May 21, 2020, should be continued to August 27, 2020, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                   1

The reasons for the continuance are that the defense is still reviewing discovery already provided. It has become necessary for the defense to retain an expert to extract electronic discovery provided from the defendant's electronic devices so that it can be examined. The defense has asked the government to provide electronic discovery in a different format and the government is determining whether it can accommodate this request. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between May 21, 2020 and August 27, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: May 13, 2020                                     U.S. ATTORNEY

                                                    by:  /s/ David D. Fischer for
                                                         MIRA CHERNICK
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

Dated: May 13, 2020                                      /s/ David D. Fischer
                                                         DAVID D. FISCHER
                                                         Attorney for Defendant
                                                         MYRNA KAWAKAMI

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of May, 2020.

                                                         Troy L. Nunley
                                                         United States District Judge