DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MYRNA KAWAKAMI,<br><br>    Defendant. | No. 2:19-CR-0067 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO NOVEMBER 12, 2020, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for August 27, 2020, should be continued to November 12, 2020, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                    1

The reasons for the continuance are that the defense is still reviewing discovery already provided, and is working with the government concerning issues with some of the electronic discovery provided to date.  It has become necessary for the defense to retain an expert to extract electronic discovery provided from the defendant's electronic devices so that it can be examined.  The defense has asked the government to provide electronic discovery in a different format and the government is determining whether it can accommodate this request.  Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial.  The continuance is also necessary to ensure continuity of counsel.  Accordingly, the time between August 27, 2020, and November 12, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated:  August 25, 2020                            U.S. ATTORNEY

                                          by:    /s/ David D. Fischer for
                                                 MIRA CHERNICK
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated:  August 25, 2020                          /s/  David D. Fischer
                                                 DAVID D. FISCHER
                                                 Attorney for Defendant
                                                 MYRNA KAWAKAMI

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of August, 2020.

                                              Troy L. Nunley
                                              United States District Judge