DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
David.fischer@fischerlawoffice.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MYRNA KAWAKAMI,<br><br>　　　　Defendant. | No. 2:19-CR-0067 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO OCTOBER 21, 2021, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for June 17, 2021, should be continued to October 21, 2021, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided, and is working with the government concerning issues with some of the electronic discovery provided to date. It has become necessary for the defense to retain an expert to extract electronic discovery provided from the defendant's electronic devices so that it can be examined. The defense has asked the government to provide electronic discovery in a different format, and the government has agreed to make the discovery available to the defendant's expert. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between June 17, 2021 and October 21, 2021, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: June 15, 2021                                    U.S. ATTORNEY

                                             by:   /s/ David D. Fischer for
                                                   MIRA CHERNICK
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated: June 15, 2021                               /s/ David D. Fischer
                                                   DAVID D. FISCHER
                                                   Attorney for Defendant
                                                   MYRNA KAWAKAMI

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of June, 2021.

                                              _____
                                              Troy L. Nunley
                                              United States District Judge