DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
David.fischer@fischerlawoffice.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0067 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO JANUARY 20, 2022, AT 9:30 A.M. |
| v. | |
| MYRNA KAWAKAMI, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, and MIRA CHERNICK, Assistant U.S. Attorney, that the status conference presently set for October 21, 2021, should be continued to January 20, 2022, and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided., Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial.  The continuance is also necessary to ensure continuity of counsel.  Accordingly, the time between October 21, 2021 and January 20, 2022, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated:  October 14, 2021                                PHILLIP A. TALBERT
                                                        ACTING U.S. ATTORNEY

                                              by:       /s/ David D. Fischer for
                                                        MIRA CHERNICK
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

Dated:  October 14, 2021                                /s/  David D. Fischer
                                                        DAVID D. FISCHER
                                                        Attorney for Defendant
                                                        MYRNA KAWAKAMI

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of October, 2021.

                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge