DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
David.fischer@fischerlawoffice.com – E-mail

Attorney for Defendant
MYRNA KAWAKAMI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0067 TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE TO JUNE 9, 2022, AT 9:30 A.M. |
| v. | |
| MYRNA KAWAKAMI, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, DENISE N. YASINOW, Assistant U.S. Attorney, that the status conference presently set for March 31, 2022, should be continued to June 9, 2022, and that time under the Speedy Trial Act should be excluded from between those dates.

STIPULATION AND ORDER                                      1

The reasons for the continuance are that the defense is still reviewing discovery already provided. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between March 31, 2022, and June 9, 2022, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: March 24, 2022

PHILLIP A. TALBERT
U.S. ATTORNEY

by: /s/ Denise N. Yasinow
DENISE YASINOW
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 24, 2022

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
MYRNA KAWAKAMI

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of March, 2022.

Troy L. Nunley
United States District Judge