PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MYRNA KAWAKAMI, <br><br> Defendant. | No. 2:19-CR-0067 TLN <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO JULY 21, 2022, AT 9:30 A.M. |

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the United States of America, by and through its undersigned counsel, and the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, that the status conference presently set for June 9, 2022, should be continued to **July 21, 2022, at 9:30 a.m.,** and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. Accordingly, the time between June 9, 2022, and July 21, 2022, should be excluded from the Speedy Trial calculation pursuant

to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated:  June 3, 2022							PHILLIP A. TALBERT
									U.S. ATTORNEY

									/s/ Denise N. Yasinow
									DENISE N. YASINOW
									Assistant U.S. Attorney
									Attorney for Plaintiff


Dated:  June 3, 2022							/s/ David D. Fischer
									DAVID D. FISCHER
									Attorney for Defendant
									MYRNA KAWAKAMI


## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of June, 2022.

									Troy L. Nunley
									United States District Judge