PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRNA KAWAKAMI,<br><br>Defendant. | No. 2:19-CR-0067 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO SEPTEMBER 22, 2022, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the United States of America, by and through its undersigned counsel, and the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, that the status conference presently set for July 21, 2022, should be continued to September 22, 2022, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. Accordingly, the time between July 21, 2022, and September 22, 2022, should be excluded from the Speedy Trial calculation

pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: July 18, 2022					PHILLIP A. TALBERT
								U.S. ATTORNEY

								/s/ Denise N. Yasinow
								DENISE N. YASINOW
								Assistant U.S. Attorney
								Attorney for Plaintiff

Dated: July 18, 2022					/s/ David D. Fischer
								DAVID D. FISCHER
								Attorney for Defendant
								MYRNA KAWAKAMI

## ORDER

IT IS SO FOUND AND ORDERED this 19th day of July, 2022.

								_____
								Troy L. Nunley
								United States District Judge