```
DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:    (916) 447-8600
Facsimile:    (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
MYRNA KAWAKAMI
```

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MYRNA KAWAKAMI,<br><br>　　Defendant. | CR.S.  No.  2:19-cr-0067 TLN<br><br>**ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |

　　The defendant's conditions of release is modified to state: "You may travel to the state of Washington and to Vancouver B.C. between September 17, 2022, and September 24, 2022.  You shall return to the Eastern District of California no later than September 25, 2022.  You are authorized to possess your U.S. Passport between September 11, 2022, and September 26, 2022. You shall return your passport to your attorney by September 26, 2022, for delivery back to the Clerk of the Court."

　　The defendant is ordered to sign a $50,000 unsecured bond on September 13, 2022, which will be exonerated upon her return to the Eastern District of California.

1 | The Clerk of the Court is ordered to return the defendant's passport to her on September 13, 2022.

**IT IS SO ORDERED**

Dated:  September 12, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE