PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MYRNA KAWAKAMI, <br><br> Defendant. | No. 2:19-CR-0067 TLN <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO OCTOBER 20, 2022, AT 9:30 A.M., AND EXCLUDING TIME |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the United States of America, by and through its undersigned counsel, and the defendant, MYRNA KAWAKAMI, by and through her undersigned defense counsel, that the status conference presently set for September 22, 2022, should be continued to **October 20, 2022, at 9:30 a.m**., and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided. Defense counsel needs more time to review the discovery, conduct investigation, and otherwise prepare for trial. Accordingly, the time between September 22, 2022, and October 20, 2022, should be excluded from the Speedy Trial calculation

pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated:  September 13, 2022　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　U.S. ATTORNEY

　　　　　　　　　　　　　　　　　　　　/s/ Denise N. Yasinow
　　　　　　　　　　　　　　　　　　　　DENISE N. YASINOW
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  September 13, 2022　　　　　　　/s/ David D. Fischer
　　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MYRNA KAWAKAMI

## ORDER

IT IS SO FOUND AND ORDERED this 13th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge