DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Facsimile:    (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
MYRNA KAWAKAMI

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MYRNA KAWAKAMI,<br><br>    Defendant. | CR.S.  No.  2:19-cr-0067 TLN<br><br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |

The defendant's conditions of release is modified to state: : "You may travel within the state of California and to Ensenada, Mexico between October 22, 2023, and October 29, 2023. You shall return to the Eastern District of California no later than October 29, 2023. You are authorized to possess your U.S. Passport between October 19, 2023 and October 29, 2023. You shall return your passport to your attorney by October 30, 2023, for delivery back to the Clerk of the Court."

The defendant is ordered to file a $50,000 unsecured bond signed on October 15, 2023, which will be exonerated upon her return to the Eastern District of California.

The Clerk of the Court is ordered to return the defendant's passport to her on October 19, 2023.

**IT IS SO ORDERED**

Dated:   October 17, 2023

_____
HON. JEREMY D. PETERSON
U.S. Magistrate Judge