UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:** Michele Krueger, Courtroom Deputy Clerk
of the Honorable Troy L. Nunley

**FROM:** Miranda L. Lewis
United States Probation Officer

**DATE:** November 28, 2023

**SUBJECT:** **Myrna Kawakami**
**Docket Number: 0972 2:19CR00067-001**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

The above matter is scheduled for judgment and sentencing on December 7, 2023. All parties have agreed to a continuance of judgment and sentencing based on:

- ☐ The complexity of this case.
- ☒ Other – The interview has been completed and additional time is needed to prepare the presentence report.

The following proposed sentencing schedule is offered:

| | | |
|---|---|---|
| Judgment and Sentencing Date: | February 29, 2024 | 9:30 AM |
| Reply, or Statement of Non-Opposition: | February 22, 2024 | |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 15, 2024 | |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 08, 2024 | |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 01, 2024 | |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 18, 2024 | |

**Reviewed by:** *[signature: Lynda Moore]*

**Lynda M. Moore**
**Supervising United States Probation Officer**

cc: Denise Yasinow, Assistant United States Attorney
David Fischer, Defense Counsel